AO 245D (Rev. 03/06) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
**MAY 11 2007**
**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON OFFICE**

# UNITED STATES DISTRICT COURT
SOUTHERN District of ILLINOIS

UNITED STATES OF AMERICA
v.

CHAD SANDERS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:00CR40101-04-GPM
USM Number: 05523-025

Melissa A. Day, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) statutory, standard & special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See attached sheet | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-7287
Defendant's Date of Birth: **-**-1979

Defendant's Residence Address:
City: 132 W. National, Apartment D
State: Harrisburg, Illinois 62946

Defendant's Mailing Address:
132 W. National, Apartment D
Harrisburg, Illinois 62946

May 9, 2007
Date of Imposition of Judgment

Signature of Judge

Hon. G. Patrick Murphy, Chief, U. S. District Judge
Name and Title of Judge

05/11/07
Date

AO 245D     (Rev. 03/06 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

DEFENDANT:      CHAD SANDERS  
CASE NUMBER:    4:00CR40101-04-GPM

Judgment — Page __2__ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    12 months and 1 day

☒ The court makes the following recommendations to the Bureau of Prisons:

that the defendant be housed as close to his home as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

Page Three
Judgment in a Criminal Case for Revocation
USA v. Chad Sanders, 00-CR-40101-004-GPM

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | On August 9, 2006, the offender unlawfully possessed a controlled substance in that he tested positive for cocaine. | August 9, 2006 |
| | On August 21, 2006, the offender admitted to unlawfully possessing a controlled substance, cocaine, on August 17, 2006. | August 17, 2006 |
| | On September 7, 2006, the offender admitted to unlawfully possessing a controlled substance, cocaine, on September 4, 2006 and September 6, 2006. | September 6, 2006 |
| | On September 14, 2006, the offender admitted to unlawfully possessing a controlled substance, cocaine, on September 10, 2006. | September 10, 2006 |
| | On March 14, 2007, the offender admitted to unlawfully possessing a controlled substance, marihuana, on or about March 10, 2007. | March 10, 2007 |
| Standard #2 | The offender failed to submit a written report for the following months: July 2006, August 2006, and September 2006. | September, 2006 |
| | The offender failed to report to the probation officer by telephone on August 28, 2006, September 4, 2006, and September 11, 2006. | September 11, 2006 |
| Standard #3 | On August 8, 2006, the offender failed to provide truthful information to his probation officer concerning his drug use. | August 8, 2006 |
| Standard #6 | On or about July 8, 2006, the offender quit his employment without prior notice to his probation officer. | July 8, 2006 |
| Special | The offender failed to participate in a program for substance abuse in that he failed to report for counseling on the following dates: July 25, 2006, August 17, 2006, August 24, 2006, and March 7, 2007. | March 7, 2007 |
| | The offender failed to call the on-site drug testing program on the following dates: June 18, 2006; July 15, 2006; July 16, 2006; July 24, 2006; July 30, 2006; August 5, 2006; August 6, 2006; August 12, 2006; August 13, 2006; September 2, 2006; September 4, 2006; September 7, 2006; September 10, 2006; September 11, 2006; September 13, 2006; March 17, 2007; and March 27, 2007. | March 27, 2007 |
| | The offender failed to report for drug testing on July 25, 2006; August 4, 2006; September 7, 2006; and on March 12, 2007. | March 12, 2007 |